IN THE UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | **CRIMINAL NO: 24-mj-379-MJS** |
| | : | |
| v. | : | |
| | : | |
| **KEDUS YACOB DAMTEW,** | : | |
| | : | |
| Defendant. | : | |

## MOTION TO DISMISS

The United States of America, by and through its attorney, the United States Attorney for the District of Columbia, moves to dismiss this case for the reasons stated below.

1. On December 10, 2024, the defendant appeared before Magistrate Judge Sharbaugh in a Rule 5 removal proceeding. He was released and ordered to appear in the demanding jurisdiction, the District of New Jersey by December 17, 2024.

2. The Pretrial Services Agency for the District of Columbia has informed the government that defendant appeared in New Jersey as ordered. Accordingly, the government moves the Court to dismiss this case.

Respectfully submitted,

MATTHEW M. GRAVES
UNITED STATES ATTORNEY

/s/ *Frederick Yette*
Frederick Yette, D.C. Bar 385391
601 D Street, N.W.
Washington, D.C. 20530
(202) 252-7733
Frederick.Yette@usdoj.gov