# IN THE UNITED STATES DISTRICT COURT
## DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | **CRIMINAL NO: 24-mj-379-MJS** |
| | : | |
| v. | : | |
| | : | |
| **KEDUS YACOB DAMTEW,** | : | |
| | : | |
| **Defendant.** | : | |

## ORDER

Based on the entire record herein, and for good cause shown, the Court hereby grants the government's motion, and it is hereby

ORDERED, that this case is hereby dismissed.


Dated: December ___, 2024

_____
MATTHEW J. SHARBAUGH
United States Magistrate Judge