IN THE UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | CRIMINAL NO: 24-mj-379-MJS |
| | : | |
| v. | : | |
| | : | |
| KEDUS YACOB DAMTEW, | : | |
| | : | |
| Defendant. | : | |

**ORDER**

Based on the entire record herein, and for good cause shown, the Court hereby grants the government's motion, and it is hereby

ORDERED, that this case is hereby dismissed.

Dated: January 7, 2025

_____
MATTHEW J. SHARBAUGH
United States Magistrate Judge